THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEWEY SAVARESE and ANTHONY FORTE, Appellants, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted April 4, 1949; decided May 26, 1949.

CROSS MOTION by appellants for order denying respondent's motion to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr.,* of counsel), for motion to dismiss appeal and in opposition to cross motion.

*Dewey Savarese* and *Anthony Forte,* in person, for cross motion and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed. Cross motion denied.